UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 12-80079-CR-MARRA/HOPKINS

Case No._____

FILED by ___ **TM** ___ D.C.
ELECTRONIC

**May 3, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

21 U.S.C. § 846
21 U.S.C. § 841
18 U.S.C. § 2
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**vs.**

**CARLOS JOSE MARCELO,**
    a/k/a "Gordo,"
**ISRAEL CARDONA,**
**TOMAS CARDONA,**
    a/k/a "El Gordo,"
**FRANCISCO LORENZO,**
    a/k/a "Pancho," "Panchito,"
**FRANCISCO E. GARCIA, JR.,**
**DOMINGO RODRIGUEZ,**
    a/k/a "Giovanni,"
**JESUS HERNANDEZ,**
**ISBEL GUTIERREZ,**
**and**
**JESUS ROJAS,**
    a/k/a "Tico,"

                    **Defendants.**
_____/

## INDICTMENT

## COUNT ONE

From on or about November 8, 2011, and continuing through on or about April 22, 2012, in

Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**CARLOS JOSE MARCELO,**
    a/k/a "Gordo,"
**ISRAEL CARDONA,**
**TOMAS CARDONA,**

a/k/a "El Gordo,"
**FRANCISCO LORENZO,**
a/k/a "Pancho," "Panchito,"
**FRANCISCO E. GARCIA, JR.,**
**DOMINGO RODRIGUEZ,**
a/k/a "Giovanni,"
**JESUS HERNANDEZ,**
**ISBEL GUTIERREZ,**
and
**JESUS ROJAS,**
a/k/a "Tico,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT TWO

On or about November 8, 2011, in Palm Beach County, in the Southern District of Florida, the defendants,

**DOMINGO RODRIGUEZ,**
a/k/a "Giovanni,"
and
**JESUS HERNANDEZ,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

2

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT THREE

On or about February 22, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**FRANCISCO LORENZO,**
**a/k/a "Pancho," "Panchito,"**
**and**
**JESUS HERNANDEZ,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT FOUR

From on or about March 22, 2012, through on or about March 23, 2012, in Palm Beach County, in the Southern District of Florida,  the defendants,

**CARLOS JOSE MARCELO,**
**a/k/a "Gordo,"**
**FRANCISCO LORENZO,**
**a/k/a "Pancho," "Panchito,"**
**FRANCISCO E. GARCIA, JR.,**
**and**
**ISBEL GUTIERREZ,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

3

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT FIVE

On or about March 26, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**CARLOS JOSE MARCELO,**
**a/k/a "Gordo,"**
**FRANCISCO LORENZO,**
**a/k/a "Pancho," "Panchito,"**
**DOMINGO RODRIGUEZ,**
**a/k/a "Giovanni,"**
**and**
**JESUS ROJAS,**
**a/k/a "Tico,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT SIX

On or about March 31, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**CARLOS JOSE MARCELO,**

4

a/k/a "Gordo,"
**FRANCISCO LORENZO,**
a/k/a "Pancho," "Panchito,"
**FRANCISCO E.  GARCIA, JR.,**
**and**
**ISBEL GUTIERREZ,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT SEVEN

On or about April 19, 2012, in Palm Beach County, in the Southern District of Florida,  the defendants,

**CARLOS JOSE MARCELO,**
a/k/a "Gordo,"
**ISRAEL CARDONA,**
**TOMAS CARDONA,**
a/k/a "El Gordo,"
**and**
**FRANCISCO LORENZO,**
a/k/a "Pancho," "Panchito,"

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that

this violation involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## **FORFEITURE**

Upon conviction of any of the violations alleged in Counts One through Seven of this indictment, the defendant(s) CARLOS JOSE MARCELO,  a/k/a "Gordo," ISRAEL CARDONA, TOMAS CARDONA, a/k/a "El Gordo," FRANCISCO LORENZO, a/k/a "Pancho," "Panchito," FRANCISCO E. GARCIA, JR., DOMINGO RODRIGUEZ, a/k/a "Giovanni," JESUS HERNANDEZ, ISBEL GUTIERREZ, and JESUS ROJAS, a/k/a/ "Tico," shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendant(s) obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, including, but not limited to, the following:

(1) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 12571 Orange Grove Blvd., West Palm Beach, Palm Beach County, Florida , 33411, and more particularly described as:

THE EAST HALF (E 1/2) OF THE SOUTHWEST QUARTER (SW 1/4) OF THE SOUTHEAST QUARTER (SE 1/4) OF THE SOUTHEAST QUARTER (SE 1/4)  OF THE NORTHWEST QUARTER (NW 1/4) OF SECTION 10, TOWNSHIP 43 SOUTH, RANGE 41 EAST, PALM BEACH COUNTY, FLORIDA..

THE ABOVE DESCRIBED PROPERTY IS ALSO KNOWN AS TRACT B-994.

Pursuant to Title 21, United States Code, Section 853.

If any of the forfeitable property described in the forfeiture section of this indictment, as a result of any act or omission of the defendant(s),

6

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property. Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CARLOS JOSE MARCELO, et al

_____ /
                  Defendant.

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes _____   No _____
Number of New Defendants
Total number of counts                  _____

**Court Division:** (Select One)

___ Miami        ___ Key West
___ FTL   _X_   ___ WPB     ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)     _YES_
    List language and/or dialect      _Spanish_____

4.  This case will take   _7-10_   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                    (Check only one)

    I     0  to  5 days        _____          Petty      _____
    II    6  to 10 days        ___X___          Minor      _____
    III   11 to 20 days        _____          Misdem.    _____
    IV    21 to 60 days        _____          Felony     ___X___
    V     61 days and over     _____

6.  Has this case been previously filed in this District Court? (Yes or No)   _No_____
    If yes:
    Judge: _____        Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)   _YES___
    If yes:
    Magistrate Case No.                _12-8159-DLB and 12-8163-DLB_
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of   _4/20/12_____
    Defendant(s) in state custody as of   _____
    Rule 20 from the   _____   District of _____

    Is this a potential death penalty case? (Yes or No)   _No___

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?  _____ Yes  __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0150990

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Carlos Jose Marcelo

Count #: 1

  Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine

  Title 21, U.S.C. §§ 841 and 846

**\* Max.Penalty:**       Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

Counts #: 4-6

  Possession with Intent to Distribute over 500 grams of cocaine

  Title 21 U.S.C. § 841

**\*Max. Penalty:**       Mandatory minimum of five years' imprisonment up to forty years imprisonment, up to $5 million fine and 4 years supervised release

Count #: 7

  Possession with Intent to Distribute Five kilograms or More of Cocaine

  Title 21, U.S.C. § 841 (a)(1)

**\*Max. Penalty:**       Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>Israel Cardona</u>

Count  #: 1

  <u>Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine</u>

   <u>Title 21, U.S.C. §§ 841 and 846</u>

**\* Max.Penalty**:      Mandatory minimum ten years' imprisonment to life, up to $10 million
fine and five years' supervised release

Count  #: 7

  <u>Possession with Intent to Distribute Five kilograms or More of Cocaine</u>

   <u>Title 21, U.S.C. § 841 (a)(1)</u>

**\*Max. Penalty**:      Mandatory minimum ten years' imprisonment to life, up to $10 million
fine and five years' supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  Tomas  Cardona**

Count  #: 1

Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine

Title 21, U.S.C. §§ 841 and 846

**\* Max.Penalty**:        Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

Count  #: 7

Possession with Intent to Distribute Five kilograms or More of Cocaine

Title 21, U.S.C. § 841 (a)(1)

**\*Max. Penalty:**        Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>Francisco Lorenzo</u>

Count #: 1

  <u>Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine</u>

   <u>Title 21, U.S.C. §§ 841 and 846</u>

**\* Max.Penalty**:       Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

Count #: 3

  <u>Possession with Intent to Distribute a detectible amount of cocaine</u>

   <u>Title 21 U.S.C. § 841(a)(1)(C)</u>

**\*Max. Penalty**:       Up to twenty years imprisonment, up to $1 million fine and 3 years supervised release

Counts #: 4-6

  <u>Possession with Intent to Distribute over 500 grams of cocaine</u>

   <u>Title 21 U.S.C. § 841 (a)(1)(B)(vii)</u>

**\*Max. Penalty**:       Mandatory minimum of five years' imprisonment up to forty years imprisonment, up to $5 million fine and 4 years supervised release

Count #: 7

  <u>Possession with Intent to Distribute Five kilograms or More of Cocaine</u>

   <u>Title 21, U.S.C. § 841 (a)(1)</u>

**\*Max. Penalty**:       Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Francisco E. Garcia, Jr.

Count #: 1

 Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine

 Title 21, U.S.C. §§ 841 and 846

**\* Max.Penalty:**      Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

Counts #: 4 and 6

 Possession with Intent to Distribute over 500 grams of cocaine

 Title 21 U.S.C. § 841 (a)(1)(B)(vii)

**\*Max. Penalty:**      Mandatory minimum of five years' imprisonment up to forty years imprisonment, up to $5 million fine and 4 years supervised release

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: Domingo Rodriguez**

Count #: 1

Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine

Title 21, U.S.C. §§ 841 and 846

**\* Max.Penalty:**      Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

Count #: 2

Possession with Intent to Distribute a detectible amount of cocaine

Title 21 U.S.C. § 841(a)(1)(C)

**\*Max. Penalty:**      Up to twenty years imprisonment, up to $1 million fine and 3 years supervised release

Counts #: 5

Possession with Intent to Distribute over 500 grams of cocaine

Title 21 U.S.C. § 841 (a)(1)(B)(vii)

**\*Max. Penalty:**      Mandatory minimum of five years' imprisonment up to forty years imprisonment, up to $5 million fine and 4 years supervised release

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **Jesus Hernandez**

Count  #: 1

  Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine

  Title 21, U.S.C. §§ 841 and 846


**\* Max.Penalty**:      Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

Counts  #: 2 and 3

  Possession with Intent to Distribute a detectible amount of cocaine

  Title 21 U.S.C. § 841(a)(1)(C)

**\*Max. Penalty**:      Up to twenty years imprisonment, up to $1 million fine and 3 years supervised release

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Isbel Gutierrez

Count #: 1

Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine

Title 21, U.S.C. §§ 841 and 846

**\* Max.Penalty**:       Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release

Counts #: 4 and 6

Possession with Intent to Distribute over 500 grams of cocaine

Title 21 U.S.C. § 841 (a)(1)(B)(vii)

**\*Max. Penalty**:       Mandatory minimum of five years' imprisonment up to forty years imprisonment, up to $5 million fine and 4 years supervised release

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>Jesus Rojas</u>

Count  #: 1

  <u>Conspiracy to Possess with Intent to Distribute over Five kilograms of Cocaine</u>

  <u>Title 21, U.S.C. §§ 841 and 846</u>


**\* Max.Penalty**:      <u>Mandatory minimum ten years' imprisonment to life, up to $10 million fine and five years' supervised release</u>


Count  #: 5

  <u>Possession with Intent to Distribute over 500 grams of cocaine</u>

  <u>Title 21 U.S.C. § 841 (a)(1)(B)(vii)</u>

**\*Max. Penalty**:      <u>Mandatory minimum of five years' imprisonment up to forty years imprisonment, up to $5 million fine and 4 years supervised release</u>